# United States Bankruptcy Court
## Eastern District of Virginia
### ___Alexandria___ Division

**In re:** Betty Maurice Crandall

**Case Number** 18-12566-KHK
**Chapter** 7

**Debtor(s)**

## ORDER SETTING HEARING

**TO:** **Debtor(s)**   Betty Maurice Crandall, 37858 Legard Farm Rd, Purcellville, VA 20132

**Attorney for Debtor(s)** Pro se
**Trustee**   Janet M. Meiburger, 1493 Chain Bridge Rd, Ste 201, McLean, VA 22101-5726
**United States Trustee**   John P. Fitzgerald III, 115 S Union St, Rm 210, Alexandria, VA 22314

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case. Therefore, a hearing will be held:

*Date:*   August 28, 2018
*Time:*   9:30 am
*Location:*   200 S Washington St, 3rd Floor, Courtroom 3, Alexandria, VA 22314

The debtor(s) should appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies):
Failure to timely file Creditor Matrix
Failure to timely file Official Form 121: Statement About Your Social Security Number(s)

**If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.**

NOTICE:  **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $__215.00__ is due and owing to the Clerk of Court, payable as follows:

  due and payable immediately.

  ✓ $_110.00_ on _10/11/18_, $_105.00_ on _11/20/18_, and $_____on _____.

Dated: _July 30, 2018_____     **William C. Redden, Clerk**
**United States Bankruptcy Court**

**By:** /s/ Dayna Huntington_____
**Deputy Clerk**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: July 30, 2018_____

[osethrgln ver. 07/18]