# Social Security Administration

Date: August 3, 2018
BNC#: 18BC689H31378
REF: A

001630 1 MB 0.424 P003 T0004 LTR BEV 0803
BETTY M CRANDALL
37858 LEGARD FARM RD
PURCELLVILLE VA 20132-3610

FILED 2018 AUG 22 A 10:03

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2017, the full monthly Social Security benefit before any deductions is $ 1849.50.

We deduct $134.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 1715.00.
(We must round down to the whole dollar.)

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions



We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 800-772-1213. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
9500 CENTER STREET
MANASSAS, VA 20110

See Next Page

# Checking/Savings Account History

**STATEMENT MAILING NAME:** BETTY M CRANDALL  OR ELISE B BEACH

Show 10 entries                                                                 Search:

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 08/21/2018 | PURCHASE WEST END MOT LOVETTSVILLE VA CARD5161 | No | | 20.00 (pending) | |
| 08/17/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 3.00 | 10,700.51 |
| 08/17/2018 | PURCHASE AUTHORIZED ON 08/17 HILL TOM MARKET HILLSBORO VA P00308229534043735 CARD 5161 | No | | 58.55 | 10,703.51 |
| 08/17/2018 | PURCHASE AUTHORIZED ON 08/17 GIANT 0252 PURCELLVILLE VA P00388229519712408 CARD 5161 | No | | 52.49 | 10,762.06 |
| 08/17/2018 | PURCHASE AUTHORIZED ON 08/17 THE UPS STORE #6632 14 PURCELLVILLE VA P00000000437087322 CARD 5161 | No | | 12.17 | 10,814.55 |
| 08/16/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 2.00 | 10,826.72 |
| 08/16/2018 | PROG GULF INS PREM 180816 66649276 BETTY BETTY CRANDALL 9409348146 66649276 BETTY 0R00000091003936177352 | No | | 76.83 | 10,828.72 |
| 08/16/2018 | PURCHASE AUTHORIZED ON 08/16 PURCELLVILLE PURCELLVILLE VA P00000000681283800 CARD 8309 | No | | 15.00 | 10,905.55 |
| 08/16/2018 | PURCHASE AUTHORIZED ON 08/14 STAPLES 0011 LEESBURG VA S468226821857340 CARD 5161 | No | | 10.59 | 10,920.55 |
| 08/15/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 1.00 | 10,931.14 |

Showing 1 to 10 of 203 entries                                         1   2   3   4   5   ...   21   Next

[ CLOSE ]

# Checking/Savings Account History

**STATEMENT MAILING NAME:** BETTY M CRANDALL OR ELISE B BEACH

Show 10 entries                                                                                    Search:

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 08/15/2018 | PURCHASE AUTHORIZED ON 08/14 SQ *ICLEANAIR PROD LEESBURG VA S588226731610647 CARD 5161 | No | | 7.41 | 10,932.14 |
| 08/14/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 3.00 | 10,939.55 |
| 08/14/2018 | PURCHASE AUTHORIZED ON 08/14 FOOD LION #1185 LEESBURG VA P00588226854840757 CARD 5161 | No | | 59.60 | 10,942.55 |
| 08/14/2018 | PURCHASE AUTHORIZED ON 08/14 SALLY BEAUTY # 3 1049 EDW LEESBURG VA P00388226805316858 CARD 5161 | No | | 10.06 | 11,002.15 |
| 08/14/2018 | PURCHASE AUTHORIZED ON 08/14 WAL-MART Wal-Mart Sto LEESBURG VA P00000000036386064 CARD 5161 | No | | 180.50 | 11,012.21 |
| 08/13/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 5.00 | 11,192.71 |
| 08/13/2018 | PURCHASE AUTHORIZED ON 08/12 FOOD LION #1442 FREDERICK MD P00308224833622040 CARD 5161 | No | | 45.93 | 11,197.71 |
| 08/13/2018 | PURCHASE AUTHORIZED ON 08/11 SNS EAST -2865 PURCELLVILLE VA P00468223729498576 CARD 8309 | No | | 20.32 | 11,243.64 |
| 08/13/2018 | PURCHASE AUTHORIZED ON 08/10 HILL TOM MARKET HILLSBORO VA S588222855680018 CARD 5161 | No | | 3.37 | 11,263.96 |
| 08/13/2018 | PURCHASE AUTHORIZED ON 08/10 HILL TOM MARKET HILLSBORO VA S588222855144024 CARD 5161 | No | | 53.97 | 11,267.33 |

Showing 11 to 20 of 203 entries              Previous   1   2   3   4   5   ...   21   Next

CLOSE

ps://nc-site1.salesandservice.wellsfargo.com/svp/mod/account/D                                    8/21/20

# Checking/Savings Account History

**STATEMENT MAILING NAME:** BETTY M CRANDALL  OR ELISE B BEACH

Show [10 ▼] entries                                                                                  Search: [          ]

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 08/13/2018 | PURCHASE AUTHORIZED ON 08/10 KFC C324008 PURCELLVILLE VA S588222769333063 CARD 8309 | No | | 10.97 | 11,321.30 |
| 08/10/2018 | MONTHLY SERVICE FEE REVERSAL | No | | +15.00 | 11,332.27 |
| 08/10/2018 | MONTHLY SERVICE FEE | No | | 15.00 | 11,317.27 |
| 08/10/2018 | INTEREST PAYMENT | No | | +0.09 | 11,332.27 |
| 08/10/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 1.00 | 11,332.18 |
| 08/10/2018 | PURCHASE AUTHORIZED ON 08/10 PURCELLVILLE PURCELLVILLE VA P000000000536980582 CARD 8309 | No | | 16.00 | 11,333.18 |
| 08/09/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 2.00 | 11,349.18 |
| 08/09/2018 | PURCHASE AUTHORIZED ON 08/09 SNS EAST -2865 PURCELLVILLE VA P00588221777561213 CARD 8309 | No | | 15.00 | 11,351.18 |
| 08/09/2018 | PURCHASE AUTHORIZED ON 08/07 DOWNTOWN SALOON LEESBURG VA S388219752648290 CARD 5161 | No | | 5.30 | 11,366.18 |
| 08/08/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 1.00 | 11,371.48 |

Showing 21 to 30 of 203 entries                                         Previous   1   2   [3]   4   5   …   21   Next

[ CLOSE ]

# Checking/Savings Account History

**STATEMENT MAILING NAME:** BETTY M CRANDALL   OR ELISE B BEACH

Show 10 entries                                    Search:

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 08/08/2018 | PURCHASE AUTHORIZED ON 08/07 HILL TOM MARKET HILLSBORO VA S588219842855453 CARD 5161 | No | | 6.00 | 11,372.48 |
| 08/06/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 3.00 | 11,378.48 |
| 08/06/2018 | Check # 6829 (Converted ACH) VERIZON FINANCIA PAYMENTS 180803 06829 071900942100001 0R00000091004558998752 | No | 6829 | 355.51 | 11,381.48 |
| 08/06/2018 | Check # 6825 (Converted ACH) MACYS PAYMENT CHECK PYMT 180804 6825 472715865391917 0R00000091004558998755 | No | 6825 | 100.00 | 11,736.99 |
| 08/06/2018 | Check # 6826 (Converted ACH) MACYS PAYMENT CHECK PYMT 180804 6826 472715865391777 0R00000091004558998754 | No | 6826 | 100.00 | 11,836.99 |
| 08/06/2018 | Check # 6828 (Converted ACH) AT&T Services CHECKPAYMT 080418 06828 982168601250030 0O00000091004558998751 | No | 6828 | 66.47 | 11,936.99 |
| 08/06/2018 | Check # 6827 (Converted ACH) Kohls Chg Pmt Check PMT 06827 0279318141 0R00000091004558998753 | No | 6827 | 60.00 | 12,003.46 |
| 08/06/2018 | PURCHASE AUTHORIZED ON 08/04 SWEET SPRINGS LI PURCELLVILLE VA P00308217043633017 CARD 5161 | No | | 58.26 | 12,063.46 |
| 08/06/2018 | PURCHASE AUTHORIZED ON 08/04 WAL-MART #1904 LEESBURG VA P00000000883039596 CARD 8309 | No | | 50.36 | 12,121.72 |
| 08/06/2018 | PURCHASE AUTHORIZED ON 08/04 GAMESTOP #3582 510 E MARK LEESBURG VA P00388216777893132 CARD 8309 | No | | 85.00 | 12,172.08 |

Showing 31 to 40 of 203 entries

# Checking/Savings Account History

**STATEMENT MAILING NAME:** BETTY M CRANDALL OR ELISE B BEACH

Show | 10 ▾ | entries                                                                 Search:

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 08/03/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX0671 | No | | 1.00 | 12,257.08 |
| 08/03/2018 | PURCHASE AUTHORIZED ON 08/01 VIRGINIA TRACTOR-P PURCELLVILLE VA S588213730212093 CARD 5161 | No | | 49.27 | 12,258.08 |
| 08/03/2018 | SSA TREAS 310 XXSOC SEC 080318 XXXXX2527A SSA BETTY M CRANDALL 9031736026 226262527A SSA R00000091004150373346 | No | | +1,715.00 | 12,307.35 |
| 08/02/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX0671 | No | | 1.00 | 10,592.35 |
| 08/02/2018 | CHECK | Yes | 6824 | 209.00 | 10,593.35 |
| 08/02/2018 | PURCHASE AUTHORIZED ON 08/02 WEST END MOTORS LOVETTSVILLE VA P00588214844631629 CARD 5161 | No | | 20.00 | 10,802.35 |
| 08/02/2018 | RECURRING TRANSFER TO CRANDALL B WAY2SAVE SAVINGS REF #OP04XBXMSB XXXXXX9563 | No | | 100.00 | 10,822.35 |
| 08/01/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX0671 | No | | 3.00 | 10,922.35 |
| 08/01/2018 | PURCHASE AUTHORIZED ON 08/01 GIANT 0252 PURCELLVILLE VA P00388213777256541 CARD 5161 | No | | 162.69 | 10,925.35 |
| 08/01/2018 | PURCHASE AUTHORIZED ON 08/01 USPS PO 51735000 220 N HA PURCELLVILLE VA P00308213706875678 CARD 5161 | No | | 13.50 | 11,088.04 |

Showing 41 to 50 of 203 entries                     Previous   1   ...   4   5   6   ...   21   Next

[ CLOSE ]

# Checking/Savings Account History

**STATEMENT MAILING NAME:** BETTY M CRANDALL  OR ELISE B BEACH

Show [10 ▼] entries                                                                                     Search: [        ]

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 08/01/2018 | PURCHASE AUTHORIZED ON 07/31 7-ELEVEN LOVETTSVILLE VA P00000000971791658 CARD 5161 | No | | 20.42 | 11,101.54 |
| 08/01/2018 | DEPOSIT MADE IN A BRANCH/STORE | Yes | 904681086 | +25.01 | 11,121.96 |
| 08/01/2018 | HPRPENSION PAYROLL 180801 XXXXX2527 BETTY CRANDALL 1521058013 226262527 R000000091004337131878 | No | | +885.93 | 11,096.95 |
| 07/30/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 3.00 | 10,211.02 |
| 07/30/2018 | PURCHASE AUTHORIZED ON 07/28 KFC C324008 PURCELLVILLE VA S468209765906306 CARD 8309 | No | | 12.30 | 10,214.02 |
| 07/30/2018 | PURCHASE AUTHORIZED ON 07/27 HILL TOM MARKET HILLSBORO VA S588208835013158 CARD 5161 | No | | 55.19 | 10,226.32 |
| 07/30/2018 | PURCHASE AUTHORIZED ON 07/27 KFC C324008 PURCELLVILLE VA S308208779034288 CARD 8309 | No | | 12.40 | 10,281.51 |
| 07/27/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 2.00 | 10,293.91 |
| 07/27/2018 | PURCHASE AUTHORIZED ON 07/27 PURCELLVILLE PURCELLVILLE VA P00000000582273468 CARD 8309 | No | | 20.00 | 10,295.91 |
| 07/27/2018 | PURCHASE AUTHORIZED ON 07/27 SNS EAST -2865 PURCELLVILLE VA P00308208769047614 CARD 8309 | No | | 16.82 | 10,315.91 |

Showing 51 to 60 of 203 entries                    Previous   1   …   5   **6**   7   …   21   Next

[ CLOSE ]

Wells Fargo Store Vision Platform

# Checking/Savings Account History

**STATEMENT MAILING NAME:** BETTY M CRANDALL  OR ELISE B BEACH

Show [10 ▾] entries         Search: [      ]

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 07/25/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 2.00 | 10,332.73 |
| 07/25/2018 | PURCHASE AUTHORIZED ON 07/24 FOOD LION #1185 LEESBURG VA P00588206062399992 CARD 5161 | No | | 127.05 | 10,334.73 |
| 07/25/2018 | PURCHASE AUTHORIZED ON 07/24 HILL TOM MARKET HILLSBORO VA S588205788883814 CARD 5161 | No | | 56.97 | 10,461.78 |
| 07/24/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 3.00 | 10,518.75 |
| 07/24/2018 | PURCHASE AUTHORIZED ON 07/24 WAL-MART Wal-Mart Sto LEESBURG VA P00000000771223774 CARD 5161 | No | | 259.50 | 10,521.75 |
| 07/24/2018 | PURCHASE AUTHORIZED ON 07/24 GIANT 0252 PURCELLVILLE VA P00388205803641619 CARD 5161 | No | | 3.19 | 10,781.25 |
| 07/24/2018 | PURCHASE AUTHORIZED ON 07/24 GIANT 0252 PURCELLVILLE VA P00588205801348482 CARD 5161 | No | | 5.37 | 10,784.44 |
| 07/23/2018 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX0671 | No | | 2.00 | 10,789.81 |
| 07/23/2018 | PURCHASE AUTHORIZED ON 07/20 HILL TOM MARKET HILLSBORO VA S388201854859641 CARD 5161 | No | | 11.01 | 10,791.81 |
| 07/23/2018 | PURCHASE AUTHORIZED ON 07/19 ABACUS CREDIT COUN 818-646-2859 CA S388201146951842 CARD 8309 | No | | 25.00 | 10,802.82 |

Showing 61 to 70 of 203 entries          Previous  1  …  6  [7]  8  …  21  Next

[ CLOSE ]

https://nc-site1.salesandservice.wellsfargo.com/svp/mod/account/DDA/377...    8/21/20

# United States Bankruptcy Court
## Eastern District of Virginia
__Alexandria__ Division

In re:  Betty Maurice Crandall                    Case Number 18-12566-KHK
                                                  Chapter 7

**Debtor(s)**

## ORDER SETTING HEARING

TO:   **Debtor(s)**   Betty Maurice Crandall, 37858 Legard Farm Rd, Purcellville, VA 20132

**Attorney for Debtor(s)** Pro se
**Trustee**            Janet M. Meiburger, 1493 Chain Bridge Rd, Ste 201, McLean, VA 22101-5726
**United States Trustee**   John P. Fitzgerald III, 115 S Union St, Rm 210, Alexandria, VA 22314

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case. Therefore, a hearing will be held:

*Date:*      August 28, 2018
*Time:*      9:30 am
*Location:*  200 S Washington St, 3rd Floor, Courtroom 3, Alexandria, VA 22314

The debtor(s) should appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies):
Failure to timely file Creditor Matrix
Failure to timely file Official Form 121: Statement About Your Social Security Number(s)

**If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.**

NOTICE: **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ 215.00  is due and owing to the Clerk of Court, payable as follows:

   due and payable immediately.

   ✓ $ 110.00  on  10/11/18 , $ 105.00  on  11/20/18 , and $_____ on _____.

Dated: July 30, 2018                         **William C. Redden, Clerk**
                                             **United States Bankruptcy Court**

                                             By: /s/ Dayna Huntington
                                                   **Deputy Clerk**

                                             NOTICE OF JUDGMENT OR ORDER
                                             ENTERED ON DOCKET: July 30, 2018

[osethrgln ver. 07/18]